IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ROCHDALE INSURANCE COMPANY, | CV 19–68–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SKYLAR DIXON and FELDER & COMPANY, LLC, dba STILLWATER FISH HOUSE, | |
| Defendants. | |

Plaintiff Rochdale Insurance Company moves for the admission of Kevin M. Lougachi to practice before this Court in this case with Fred Simpson to act as local counsel. Mr. Lougachi's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Kevin M. Lougachi *pro hac vice* (Doc. 2) is GRANTED on the condition that Mr. Lougachi shall do his own work. This means that Mr. Lougachi must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Lougachi, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 19th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court