Fred Simpson, Esq.
CAPP, JENKS & SIMPSON, P.C.
1821 S. Avenue W., Suite 400
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@cjs.legal

Kevin M. Lougachi, Esq. (*pro hac vice*)
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, Suite 1700
Chicago, IL 60606
Telephone: (312) 431-3700
Facsimile: (312) 431-3670
Email: klougachi@karballaw.com

*Attorneys for Plaintiff,*
*Rochdale Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| ROCHDALE INSURANCE COMPANY, | ) ) ) | CV 19-68-M-DWM |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ROCHDALE INSURANCE COMPANY'S MOTION FOR** |
| SKYLAR DIXON, and FELDER & COMPANY, LLC, DBA STILLWATER FISH HOUSE, | ) ) ) ) | **SUMMARY JUDGMENT ON COUNT I OF ITS FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** |
| Defendants. | ) ) | |

Plaintiff Rochdale Insurance Company ("Rochdale") herein moves this Court, pursuant to Fed. R. Civ. P. 56, for summary judgment in its favor and against Defendants Felder & Company, LLC dba Stillwater Fish House ("Felder") and Skylar Dixon ("Dixon") on Count I of Rochdale's First Amended Complaint for Declaratory Judgment.  For the reasons set forth in Rochdale's accompanying Brief and Statement of Undisputed Facts, Rochdale seeks a declaration from this Court that there is no coverage under the Workers Compensation and Employers Liability policy (the "Policy") issued to Felder in connection with the underlying lawsuit pending in the Eleventh Judicial District Court of Flathead County, Montana, bearing case caption: *Skylar Dixon v. Felder & Company, LLC dba Stillwater Fish House*, Cause No. DV-17-853D ("Underlying Lawsuit").  Counsel for Felder and Dixon have been contacted and have expressed their objections to this motion.

WHEREFORE Defendant Rochdale Insurance Company respectfully requests that this Court grant its Motion for Summary Judgment, and find and declare that Rochdale's Policy does not provide coverage for the Underlying Lawsuit, that Rochdale does not have a duty to defend or indemnify Felder in the Underlying Lawsuit, and for any other relief this Court deems proper under the circumstances.

DATED this 28th of February, 2020.

Capp, Jenks & Simpson, P.C.

By:  */s/ Fred Simpson*
      Fred Simpson

Karbal, Cohen, Economou, Silk & Dunne, LLC

By:  */s/ Kevin M. Lougachi*
      Kevin M. Lougachi (*pro hac vice*)

*Attorneys for Plaintiff,*
*Rochdale Insurance Company*

# CERTIFICATE OF SERVICE

I certify on this 28th day of February, 2020, a copy of the foregoing document was served upon the following persons by the following means:

| | |
|---|---|
| 1-3 | CM/ECF |
| _____ | Mail |
| _____ | Hand Delivery |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk, U.S. District Court

2. Michael A. Bliven, Esq.
   BLIVEN LAW FIRM, P.C.
   704 S. Main Street
   Kalispell, MT 59901
   mike@blivenlawfirm.com
   *Attorney for Defendant Skylar Dixon*

3. Dale R. Cockrell, Esq.
   MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C.
   145 Commons Loop, Suite 200
   P.O. Box 7370
   Kalispell, MT 59904-0370
   dcockrell@mcgalaw.com
   *Attorney for Defendant Felder & Company, LLC*
   *d/b/a Stillwater Fish House*

KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC

By: _/s/ Kevin M. Lougachi_
    Kevin M. Lougachi (*pro hac vice*)
    *Attorneys for Plaintiff*
    *Rochdale Insurance Company*