IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROCHDALE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>SKYLAR DIXON and FELDER & COMPANY, LLC, dba STILLWATER FISH HOUSE,<br><br>    Defendants. | CV 19-68-M-DWM<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED, in accordance with the Court's Opinion and Order dated this date that summary judgment is granted in favor of Rochdale Insurance Company. Dixon's cross-motion is denied, and the motion to supplement is denied as moot. This case is now closed.

  Dated this 9th day of June, 2020.



            TYLER P. GILMAN, CLERK

            By: /s/ Nicole Stephens
            Nicole Stephens, Deputy Clerk